AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| LINDA WALKER *Plaintiff(s)* v. CITY OF FORT LAUDERDALE, FLORIDA, FIRE DEPARTMENT *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. **12-CV-61671-Zloch/Otazo-Reyes** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  City of Fort Lauderdale, Florida
Fire Department
c/o Mayor Jack P. Seiler
100 N. Andrews Avenue,
Fort Lauderdale, Florida 33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Santiago J. Padilla, Esq.
Law Offices of Santiago J. Padilla, P.A.
1001 Brickell Bay Drive, Suite 1704
Miami, Florida  33131
Tel:  (305) 358-1949
Fax:  (305) 358-2141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **August 28, 2012**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts